UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, on behalf of himself and all others similarly situated,

        Plaintiffs,

-against-

WHATNOT, INC.

        Defendant.

Case No. 1:22-cv- 6459

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Forest Hills, New York
         August 18, 2022

Respectfully Submitted,

**/s/ Mars Khaimov**
By:   Mars Khaimov, Esq.
      108-26 64th avenue, Second Floor
      Forest Hills, New York 11375
      Tel (929) 324-0717
      Fax (929) 333-7774
      Email: mars@khaimovlaw.com
      *Attorney for Plaintiff*

The Clerk of Court is directed to close the case. SO ORDERED.

August 19, 2022